26-mj-00129

DISTRICT OF OREGON: ss,                    AFFIDAVIT OF KENNETH BAIN

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, Kenneth Bain, being first duly sworn, hereby depose and state as follows:

**Introduction and Agent Background**

1.      I am a Special Agent with the Drug Enforcement Administration (DEA) and have

been since January 2022.  I am currently assigned to the DEA Seattle Field Division (SFD)

Portland District Office (PDO).  As a Special Agent of the DEA, I have participated in numerous

drug investigations as either the lead case agent or as a supporting investigative agent, including in

Title III wiretap investigations of violations of the Controlled Substances Act, Title 21, United

States Code, Section 801, *et seq.*   I have received specialized training from the DEA, to include a

17-week Basic Agent Training course and other training courses. I have been involved in

conducting long-term, international, and complex conspiracy investigations.  Prior to my

assignment to the PDO, I was a sworn law enforcement officer in the state of Florida with the

University of Florida Police Department for six years. During that time frame, I was assigned to

Patrol for the first four years. For the last two years, I was assigned to the Gainesville DEA office,

under the Miami Field Division, as a deputized Task Force Officer. I am familiar with

investigations of drug trafficking organizations (hereinafter, "DTOs") including identifying

methods of importation and distribution of controlled substances, and how controlled substances

are manufactured, consumed, packaged, marketed, smuggled, and distributed.  I am also familiar

with various tactics used by DTOs to import drugs into the United States, communicate with

members of the DTOs, and arrange for transportation and distribution of drugs.

2.      I submit this affidavit in support of a criminal complaint and arrest warrant for

**Burkley Duane DUNLAP** (hereinafter "**DUNLAP**") for the crime of possession with intent to

 **Affidavit of Special Agent Kenneth Bain**                                        **Page 1**

distribute controlled substances (including methamphetamine, a Schedule II controlled substance) in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).  As set forth below, there is probable cause to believe, and I do believe, that DUNLAP committed possession with intent to distribute methamphetamine in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

3.      The facts set forth in this affidavit were gained through my personal participation in the investigation as described below; from oral and written reports of other law enforcement officers; and from records, documents and other evidence obtained during this investigation.   I have obtained and read official reports prepared by law enforcement officers participating in this investigation and in other related investigations.

## Applicable Law

4.      Title 21, United States Code Section 841(a)(1), (b)(1)(A)(viii) makes it unlawful for any person to knowingly or intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

## Statement of Probable Cause

5.      In January 2026, DEA Portland and ATF Portland began an investigation into a Beaverton, Oregon, based Transnational Criminal Organization ("TCO") believed to be involved in trafficking methamphetamine, firearms, and cocaine. During the course of the investigation, investigators identified one source of supply for methamphetamine to be DUNLAP. On more than one occasion, investigators conducted surveillance before and after the delivery of methamphetamine and determined DUNLAP to be associated with a residence at 12088 SW King Arthur Street, Unit A, King City, Oregon (hereinafter "PREMISES") and a vehicle, determined to be a silver 2010 Toyota Rav4 bearing Oregon registration 768QXU (hereinafter "Target Vehicle")

**Affidavit of Special Agent Kenneth Bain**                                    **Page 2**

and believed to be involved in the ongoing distribution of methamphetamine.

6.    On May 7, 2026, the Honorable Stacie F. Beckerman, United States Magistrate Judge for the District of Oregon, issued a search warrant for PREMISES and the Target Vehicle.

7.    On May 11, 2026, at approximately 9:50AM, Agents executed the search warrant at the PREMISES. As Agents entered the home, they observed DUNLAP standing behind the front door. DUNLAP was taken into custody and determined to be the only occupant.

8.    In the bedroom of the PREMISES, Agents located a black backpack on the bedroom floor. Inside the backpack, Agents located approximately 2115.9 grams (including original and DEA packaging) of a crystalline substance that field-tested positive for methamphetamine. Agents also located a black wallet containing DUNLAP's Oregon Driver License and other items bearing his name in the bedroom.

9.    While Agents were searching the bedroom and mentioned that they located a backpack, DUNLAP spontaneously uttered, "That's where it's at." He later stated, "there's about four pounds. That's all." DUNLAP later admitted to selling methamphetamine for profit.

10.    Agents located an additional approximately 255.9 grams (including original and DEA packaging) of a crystalline substance that field tested positive for methamphetamine in various locations throughout the PREMISES.

### Conclusion

11.    Based on the foregoing, I have probable cause to believe, and I do believe, that **DUNLAP** has committed the crime of possession with intent to distribute, including methamphetamine– in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A) (viii).  I therefore request that the Court issue a criminal complaint and arrest warrant for **DUNLAP.**

**Affidavit of Special Agent Kenneth Bain**                                                    **Page 3**

12.     Prior to being submitted to the Court, this affidavit, the accompanying complaint, and the arrest warrant were all reviewed by Assistant United States Attorney Nicole Hermann. AUSA Hermann advised me that in her opinion the affidavit and complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

*By phone pursuant to Fed R. Crim. P. 4.1*
Special Agent Kenneth Bain
Drug Enforcement Administration

Subscribed and sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 9:25 a.m. on May 12, 2026.

HONORABLE JEFFREY ARMISTEAD
UNITED STATES MAGISTRATE JUDGE

**Affidavit of Special Agent Kenneth Bain**                                      **Page 4**